IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN LYONS,

    Petitioner,

v.                                                      CASE NO. 4:07-cv-00369-MP-WCS

JAMES MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

        This matter is before the Court on Doc. 18, Motion for Protective Order and to File Exhibits Under Seal, filed by Respondent. A hearing was held on Wednesday, January 7, 2009, to discuss the motion. At the hearing, Petitioner, who is proceeding *pro se*, represented that he is unopposed to the motion. As stated at the hearing, Respondent's motion at Doc. 18 is GRANTED. In order to comply with Florida law's mandate that the identity of sexual assault victims be kept confidential, any exhibit filed in this case by either party is to be filed under perpetual seal. As Respondent is aware, and as Mr. Lyons was informed at the hearing, neither party may disclose, publicize, disseminate, or cause to be disclosed, publicized, or disseminated, in any manner, the content of any exhibits filed under seal in this case, for so long as those exhibits remain under seal.

        **DONE AND ORDERED** this  *7th* day of January, 2009

                                        *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge